IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Styles, Gloria J | Case Number: 05 B 31050 |
| | Judge: Hollis, Pamela S |
| Printed: 10/14/08 | Filed: 8/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: October 9, 2008
Confirmed: November 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 33,863.78 | |
| Secured: | | 15,773.19 |
| Unsecured: | | 14,269.58 |
| Priority: | | 666.98 |
| Administrative: | | 1,144.00 |
| Trustee Fee: | | 2,010.03 |
| Other Funds: | | 0.00 |
| Totals: | 33,863.78 | 33,863.78 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter L Berk Law Office | Administrative | 1,144.00 | 1,144.00 |
| 2. | Americredit Financial Ser Inc | Secured | 14,623.19 | 14,623.19 |
| 3. | Rogers & Hollands Jewelers | Secured | 1,150.00 | 1,150.00 |
| 4. | Internal Revenue Service | Priority | 666.98 | 666.98 |
| 5. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 8. | HSBC Bank USA | Unsecured | 5,130.75 | 5,130.73 |
| 9. | ECast Settlement Corp | Unsecured | 549.69 | 549.69 |
| 10. | ECast Settlement Corp | Unsecured | 1,083.66 | 1,083.66 |
| 11. | Jefferson Capital | Unsecured | 932.39 | 932.39 |
| 12. | Resurgent Capital Services | Unsecured | 1,248.21 | 1,248.21 |
| 13. | Internal Revenue Service | Unsecured | 141.44 | 141.44 |
| 14. | Portfolio Recovery Associates | Unsecured | 823.99 | 823.99 |
| 15. | Americredit Financial Ser Inc | Unsecured | 1,630.39 | 1,630.39 |
| 16. | ECast Settlement Corp | Unsecured | 248.92 | 248.92 |
| 17. | Rogers & Hollands Jewelers | Unsecured | 481.66 | 481.66 |
| 18. | ECast Settlement Corp | Unsecured | 1,998.50 | 1,998.50 |
| 19. | Citi Residential Lending Inc | Secured | | No Claim Filed |
| 20. | CB USA Sears | Unsecured | | No Claim Filed |
| 21. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 22. | Harris & Harris | Unsecured | | No Claim Filed |
| 23. | GE Capital-Rogers & Holland | Unsecured | | No Claim Filed |
| 24. | Harris & Harris | Unsecured | | No Claim Filed |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Styles, Gloria J | Case Number: 05 B 31050 |
| | Judge: Hollis, Pamela S |
| Printed: 10/14/08 | Filed: 8/8/05 |

                _____     _____
               $ 31,853.77    $ 31,853.75

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 182.48 |
| 5% | 122.24 |
| 4.8% | 152.55 |
| 5.4% | 330.05 |
| 6.5% | 1,222.71 |
| | _____ |
| | $ 2,010.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

